**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MALIBU MEDIA, LLC,

        Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 71.194.3.120,

        Defendant.

Civil Action No. 1:14-cv-06388
Judge John Z. Lee

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

    **PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 71.194.3.120. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

    Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated: November_5___, 2014

                      Respectfully submitted,

                      By: ___/s/ *Mary K. Schulz*_____
                      Mary K. Schulz
                      Schulz Law, P.C.
                      1144 E. State Street, Suite A260
                      Geneva, IL 60134
                      Phone: 224-535-9510
                      Email: SchulzLaw@me.com
                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November_5___, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: _/s/ *Mary K. Schulz*_____
      Mary K. Schulz